UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRICK POMMELOY HOUSTON JR., | Case No. 2:20-cv-01531-GMN-NJK |
| Plaintiff | ORDER |
| v. | (Docket No. 13) |
| SGT DOWNEY et al., | |
| Defendants | |

Pending before the Court is Plaintiff's motion for extension of time to respond to the three strikes order issued on February 1, 2021.  Docket No. 13.

For good cause shown, Plaintiff's motion is GRANTED.  Docket No. 13.  Plaintiff must respond to the three strikes order no later than March 19, 2021.

DATED THIS 4th day of March 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE